# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 5:21-MJ-00064-01** |
| **VERSUS** | |
| **LAUREL YURCHICK** | **MAGISTRATE JUDGE HORNSBY** |

## MINUTES OF COURT:
### Initial Appearance

| | | | |
|---|---|---|---|
| Date: | April 8, 2021 | Presiding: Magistrate Judge Mark L. Hornsby | |
| Court Opened: | 3:00 p.m. | Courtroom Deputy: | Evelyn Alexander |
| Court Adjourned: | 3:12 p.m. | Court Reporter: | Zoom Recording |
| Statistical Time: | :12 | Courtroom: | Video Conference |
| | | Probation Officer: | Coleettra Millhouse |

### APPEARANCES

| | | |
|---|---|---|
| Seth D Reeg (AUSA) | For | United States of America |
| Betty Lee Marak (AFPD) | For | Laurel Yurchick, Defendant |
| Laurel Yurchick, Defendant | | |

### PROCEEDINGS

The hearing in this matter was held via Zoom/Video Conference due to the COVID-19 order in accordance with the federal law passed under the Cares Act of 2020. All parties appeared via video conference. This proceeding was conducted by Video Conference with the written consent of defendants.

**INITIAL APPEARANCE AND COUNSEL:**

The defendant admitted her identity and was advised of the charges pending in the Southern District of Texas and of her constitutional rights.

Based on the evidence presented at the hearing, the court finds that the defendant does not have the financial resources to retain counsel; therefore, the court granted Defendant's oral motion for appointment of counsel. The Office of the Federal Public Defender is appointed to represent the defendant or to recommend counsel to represent the defendant in all further proceedings.

The court granted Betty Lee Marak's oral motion to enroll on behalf of the Federal Public Defender for the defendant in this district.

**BOND DETERMINATION / DETENTION HEARING:**
The court granted the government's oral motion for temporary detention pending a detention hearing. The defendant waived her right to a detention hearing in this district and requested to have all further proceedings conducted in the charging district. Accordingly, the defendant is remanded into the custody of the U.S. Marshal pending a detention hearing in the Western District of Texas – Austin Division. A commitment to Another District Order was filed herewith. Copies of the proceedings in the Western District of Louisiana have been transmitted to the Western District of Texas – Austin Division.

**FILINGS:**
Waiver of Rule 5 and 5.1 Hearings
Commitment to another district